**LAW OFFICE OF**
**TROY A. SMITH**
Attorney at Law, PC



34 South Broadway
Suite 218
White Plains, NY 10601

Main Line: (914) 358-1433
Fax: (914) 358-5203
Email: Troy@NYlawSmith.com
www.ny-criminal-defense-lawyer.com

July 12, 2016

**MEMO ENDORSED**

Honorable Kenneth M. Karas
United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

RE: United States v. Anthony Grecco, 14 Cr. 760 (KMK)

Dear Judge Karas:

    The undersigned moves this Honorable Court to continue sentencing in this matter for a period of three weeks until August 10, 11 or the afternoon of August 9, 2016. As grounds, the Defense avers the following: Mr. Grecco was convicted on January 22, 2016 with (1) Conspiracy to Commit Hobbs Act Robbery, in violation of 18 U.S.C. § 1951; (2) Aiding and Abetting a Hobbs Act Robbery, in violation of 18 U.S.C. § 1951; (3) Conspiracy to Distribute and Possess with Intent to Distribute Marijuana, in violation of 21 U.S.C. § 846 and 841(b)(1)(D); (4) Conspiracy to Distribute and Possess with Intent to Distribute Cocaine and Heroin, in violation of 21 U.S.C. § 846, and 841 (b)(1)(C); and (5) Aiding and Abetting a Travel Act – Murder, in violation of 18 U.S.C. § 1952. As a result of Mr. Grecco's convictions, he faces a potential sentence of life in prison.

Sentencing is currently scheduled for Thursday, July 21, 2016. The undersigned is currently on active duty orders until July 22, 2016 to attend the U.S. Army War College in Carlisle, Pennsylvania, a time period that overlaps with Mr. Grecco's scheduling sentencing hearing. Further, co-counsel, John L. Calcagni III, is scheduled for trial (military court-martial) in Norfolk, VA that which will commence on July 18, 2016 and is expected to last between one and two weeks. Based upon the foregoing, the defense requests that his sentencing hearing be continued. The Government does not oppose this request.

Respectfully submitted
Defendant,
Anthony Grecco
By his Counsel

/s/ Troy A. Smith, Esq.
Troy A. Smith, Attorney at Law
34 South Broadway, Suite 218
White Plains, NY 10601

*Granted.*

*Sentence is adjourned to September 13, 2016, at 2:00.*

*So Ordered.*
*KMK 7/15/16*

1

## CERTIFICATION

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered Participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as nonregistered participants on July 12, 2016.

/s/ Troy A. Smith, Esq.
Troy A. Smith, Attorney at Law
34 South Broadway, Suite 218
White Plains, NY 10601