

**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

July 25, 2016

**BY ELECTRONIC MAIL**
The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

      Re:    *United States* v. *Anthony Grecco*, S6 14 Cr. 760 (KMK)
             *United States* v. *Sean Ingram*, S5 14 Cr. 760 (KMK)

Dear Judge Karas:

      With the consent of all parties, the Government respectfully requests that the Court reschedule the sentencings of the above-referenced defendants as follows:

| Defendant | Current Sentencing Date | New Sentencing Date |
|---|---|---|
| Anthony Grecco | September 13, 2016 | August 10, 2016 @ 2:30 p.m. |
| Sean Ingram | August 10, 2016 | September 13, 2016 @ 2:00 p.m. |

      This request is being made to accommodate the schedules of members of the Ennis family.

                      Respectfully submitted,

                      PREET BHARARA
                      United States Attorney

          By:          /s/
                Michael Gerber
                Scott Hartman
                George Turner
                Assistant United States Attorneys

Cc:    John Calcagni, Esq. (by email)
        Troy Smith, Esq. (by email)
        Deveraux Cannick, Esq. (by email)

*Granted.*

*[signature]*
7/25/16